UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBONI MAJOR,<br>                    Plaintiff,<br>     -against-<br><br>DIAGEO NORTH AMERICA, INC.,<br>                    Defendant. | Case 22-cv-03027 |

<u>Notice of Voluntary Dismissal Without Prejudice</u>

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. Pro. 41(a)(1)(A)(1) and shall bear her own fees and costs.

Dated: New York, New York
         July 27, 2022

                                                            Respectfully Submitted,

                                                            Trachtman & Trachtman


                                                              <u>  /s/ Laura M. Trachtman    </u>
                                                            By:  Laura M. Trachtman
                                                            48 Wall Street, 11th Floor
                                                            New York, NY 10005

                                                            *Attorneys for Plaintiff Eboni Major*